IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00373-BNB

SUSAN BRADLEY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Susan Bradley currently resides in Lakewood, Colorado. Ms. Bradley, acting *pro se*, initiated this action by submitting a Letter to the Court stating her intent to file a civil lawsuit. On February 20, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Ms. Bradley to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Bradley to submit her claims on a Court-approved Complaint form and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or pay the filing fee in advance. Ms. Bradley was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Ms. Bradley has failed subsequently to communicate with the Court, and has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 30th day of March, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.10-cv-00373-BNB

Susan Bradley
150 South Eaton Street
Lakewood, CO 80226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/3/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk